No. 23-2139

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff-Appellee,<br><br>vs.<br><br>TONY CUSHINGBERRY,<br><br>     Defendant-Appellant. | Appeal from the<br>United States District Court for the<br>Southern District of Indiana<br><br>Case No. 1:20-CR-00112<br><br>Hon. Jane E. Magnus-Stinson,<br>United States District Judge,<br>Presiding. |

**Motion to Withdraw as Defendant-Appellant's
Appointed Counsel on Appeal**

Now comes Thomas W. Patton, Federal Public Defender for the Central District of Illinois, and pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Circuit Rule 51(a), moves this Court for the entry of an Order granting counsel leave to withdraw as the Defendant-Appellant's appointed counsel on appeal, and in support thereof, states as follows:

1.      The undersigned attorney is the appointed counsel of record for the Defendant-Appellant in the above-captioned appeal by order of this Court.

2.      Pursuant to his duties as the Defendant-Appellant's appointed counsel in this appeal, the undersigned attorney has made a thorough and conscientious review of the entire record of the proceedings in the district court below to determine whether there exists any nonfrivolous issue that can be raised in this appeal.

3.      The undersigned attorney has further corresponded and communicated with the Defendant-Appellant to ascertain what issues the Defendant-Appellant believes should be raised in this appeal.

4. Based upon his thorough and conscientious review of the record of the proceedings in the district court below, and from communications with the Defendant-Appellant, the undersigned attorney has concluded that there exists no nonfrivolous issue that can be raised in this appeal on behalf of the Defendant-Appellant.

5. The undersigned attorney has prepared a brief in conformity with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Edwards*, 777 F.2d 364 (7th Cir. 1985), to be filed in support of this motion to withdraw as counsel and has served copies thereof to the Defendant-Appellant.

6. The Defendant-Appellant currently resides at: FCI Greenville, P.O. Box 5000, Greenville, Illinois 62246.

Wherefore, Thomas W. Patton respectfully requests the entry of an Order granting him leave to withdraw as the Defendant-Appellant's appointed counsel on appeal in the above-captioned case.

                    Thomas W. Patton
                    Federal Public Defender

BY:   s/ Michael Will Roy
        MICHAEL WILL ROY
        Assistant Federal Public Defender
        300 West Main Street
        Urbana, Illinois 61801
        Phone: (217) 373-0666
        Facsimile: (217) 373-0667
        Email: Michael_Roy@fd.org
        Counsel for Defendant-Appellant

No. 23-2139

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>vs.<br><br>TONY CUSHINGBERRY,<br><br>　　　　Defendant-Appellant. | Appeal from the<br>United States District Court for the<br>Southern District of Indiana<br><br>Case No. 1:20-CR-00112<br><br>Hon. Jane E. Magnus-Stinson,<br>United States District Judge,<br>Presiding. |

**Notice of Filing and Proof of Service**

TO:　Christopher G. Conway, Clerk, United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Chicago, Illinois 60604

　　Tony Cushingberry, Reg. No. 17557-028, FCI Greenville, P.O. Box 5000, Greenville, Illinois 62246

　　Jayson W. McGrath, 10 W. Market Street, Suite 2100, Indianapolis, Indiana 46204

　　Please take notice that on January 2, 2024, the undersigned attorney filed the *Motion to Withdraw as Defendant-Appellant's Appointed Counsel on Appeal* with the Clerk of the United States Court of Appeals for the Seventh Circuit, and served one copy thereof upon all counsel of record, by electronic filing of the motion in portable document format.

　　　　　　　　　　　　　　　　　　　　/s/ Michael Will Roy
　　　　　　　　　　　　　　　　　　　MICHAEL WILL ROY
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　300 West Main Street
　　　　　　　　　　　　　　　　　　　Urbana, Illinois 61801
　　　　　　　　　　　　　　　　　　　Telephone: (217) 373-0666
　　　　　　　　　　　　　　　　　　　Facsimile: (217) 373-0667
　　　　　　　　　　　　　　　　　　　Email: Michael_Roy@fd.org
　　　　　　　　　　　　　　　　　　　Counsel for Defendant-Appellant